IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 1240 S 10TH STREET, LLC, a Nebraska limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | 8:21CV172<br><br>ORDER |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).  The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 29th day of April, 2021.

BY THE COURT:

Michael D. Nelson
United States Magistrate Judge